Margaret Barrett, Appellant, v. Patrick Hennebry, Trustee Under Last Will and Testament of Mary Fitzgerald, Deceased, et al., Appellees.

Gen. No. 9,941.

Heard in this court at the February term, 1944; opinion filed April 27, 1944. Donovan, Bray & Gray, for appellant; Kirkland, Fleming, Green, Martin & Ellis, for certain appellees; Gariepy & Gariepy, for certain other appellee; James G. Holbrook, co-counsel for appellees; Walter C. Senne, Fred A. Gariepy and John Spalding, of counsel. Opinion by JUSTICE HUFFMAN. **Not to be published in full.**